UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER MENDOZA CORTES,

Petitioner,

v.

CHRISTOPHER CHESTNUT, *et al.*,

Respondents.

Case No.  1:26-cv-2957-TLN-JDP

ORDER

On April 21, 2026, the court granted petitioner's motion for temporary restraining order, ordered petitioner's immediate release, and referred the matter to me for further proceedings. ECF No. 8.  Respondents have already filed an opposition to the petition for writ of habeas corpus.  ECF No. 6.  Respondents may file an answer within seven days of the date of this order. If respondents file an answer, petitioner may file a traverse within seven days of respondents' answer.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that respondents may file an answer within seven days of the date of this order.  If respondents file an answer, petitioner may file a traverse within seven days of respondents' answer.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    April 23, 2026            _____
                                    JEREMY D. PETERSON
                                    UNITED STATES MAGISTRATE JUDGE

2