UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAVIER M.C.,[1]

         Petitioner,

    v.

CHRISTOPHER CHESTNUT, *et al.*,

         Respondents.

No. 1:26-cv-2957-TLN-JDP

A # 246-060-935

**ORDER**

Petitioner, an immigration detainee, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On May 1, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 11.)  Neither party filed objections.

The Court has reviewed the file and finds the findings and recommendations to be

---

[1]    The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

1

supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed May 1, 2026 (ECF No. 11) are ADOPTED in full;

2.    The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3.    Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where (a) Respondents show material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that the Government's interest in protecting the public and/or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention.  *See Zadvydas*, 533 U.S. at 690; *Hernandez*, 872 F.3d at 990.  At any such hearing, Petitioner shall be allowed to have counsel present.

4.    The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Date: May 18, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2